UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALBIR DEOL, an individual,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>MERCEDES-BENZ USA, LLC, a Delaware Limited Liability Company,<br>　　　　Defendant. | Case No.: 3:22-cv-03115-AGT<br><br>**ORDER (AS MODIFIED) ON STIPULATION TO CONTINUE SETTLEMENT CONFERENCE**<br><br>Judge: Hon. Donna Ryu<br><br>Complaint Filed: May 7, 2022<br>Trial Date: September 25-29, 2023 |

　　　Per the stipulation of Plaintiff Dalbir Deol an individual ("Plaintiff") and Defendant Mercedes-Benz USA, LLC, ("MBUSA") (collectively, the "Parties"), the June 27, 2023 Settlement Conference is continued to July 6, 2023 at 1:00 p.m. in-person in Oakland, - Courtroom Assignment to be determined. Parties shall comply with the requirements and procedures set forth in this Court's Notice of Settlement Conference and Settlement Conference Order dated April 11, 2023. [See Docket No. 37.]

　　　IT IS SO ORDERED AS MODIFIED.

Dated: May 4, 2023

　　　　　　　　　　　　　　　　　　　／s／ _____
　　　　　　　　　　　　　　　　　　　Hon. Donna M. Ryu
　　　　　　　　　　　　　　　　　　　Chief Magistrate Judge

**CERTIFICATE OF SERVICE**

 I hereby certify that on May 3, 2023, I filed the foregoing document entitled **ORDER ON STIPULATION TO CONTINUE SETTLEMENT CONFERENCE** with the clerk of court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record in this action.

_____
Soheyl Tahsildoost